**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOAQUIN MORALES VAZQUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00577-DB** |
| | § | |
| **PAMELA BONDI**, *Attorney General,* | § | |
| *United States Department of Justice, et al.,* | § | |
| **Respondents.** | § | |
| | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the above-captioned case. On March 19, 2026, the parties filed an "Advisory to the Court," ECF No. 19, advising the parties conferred and agree no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **20th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**